**Eric J. GRAY, Movant/Appellant,**

**v.**

**STATE of Missouri, Respondent.**

No. ED 99332.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 3, 2013.

Amy Faerber, Missouri Public Defender Office, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Richard Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Eric J. Gray (Movant) appeals from the motion court's Findings of Fact, Conclusions of Law, and Judgment (Judgment) denying his Rule 29.15 Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing (PCR Motion), alleging ineffective assistance of appellate counsel. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).